# UNITED STATES DISTRICT COURT
# DISTRICT OF ~~CONNECTICUT~~ Columbia

KENNEDY SHULER
Name of Plaintiff/Petitioner

v.                                       Case No. _____

GEO GROUP ET AL
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: KENNEDY SHULER

    Your present mailing address: RIVERS CORRECTIONAL INSTITUTION P.O. BOX 630 WINTON, N.C. 27986

    Telephone number: (202) N/A 859-4074 OR 202-678-1077

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. INSTITUTIONAL MAINTANACE CREW.

    Weekly earnings: $6.00 APPROXIMATELY

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05


RECEIVED
DEC 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

Date last worked: _____N/A_____

Weekly earnings: _____N/A_____

5. Approximately how much money have you received in the past twelve months in the form of:
a) salary, wages, commissions, or earned income of any kind? _About $250.00_

b) interest, dividends, rents or investments of any kind? _N/A_

c) gifts or inheritances of any kind? _N/A_

6. How much money do you have in any checking or savings account(s)?

Checking: _$0_

Savings: _$0_

Prison account: _$0_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO ✓

If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _$19,000 FOR CHILD SUPPORT_

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                                                 AMOUNT OWED

Rev. 2/3/05                                          2

Case 1:08-cv-00065-ESH   Document 3   Filed 01/14/2008   Page 3 of 9

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

   MINOR SON        A. B. S.

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I AM PRESENTLY INCARCERATED, AND AM NOT EARNING A SUM GREAT ENOUGH TO RETAIN COUNSEL

Rev. 2/3/05                                         3

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _I RECEIVED AN OPERATION IN 2005 (COLONOSCOPY) AND AS A RESULT SUFFERED ERECTILE DYSFUNCTION._

(Additional space on next page)
_I COMPLAINED TO MEDICAL STAFF, AND WAS REFUSED A FOLLOW-UP. I WAS DIAGNOSED WITH SLEEP APNEA AT G.W. UNIVERSITY HOSPITAL IN 2001, AND WHEN I ARRIVED AT RIVERS IN FEB, 2005, MEDICAL STAFF REFUSED TO PROVIDE THE SLEEP APNEA MACHINE THAT A DOCTOR IN HALIFAX HOSPITAL (N.C.) INSTRUCTED SEE ATTACHED PAGE_

## EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?  YES ✓   NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _DEBORAH M. GOLDEN_

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _PHONE_

   Reason why attorney was not employed to handle your case _SHE IS CURRENTLY HANDLING A CLASS ACTION SUIT AGAINST GEO INC. AND ADVISED ME SEEK REPRESENTATION ELSEWHERE._

   b) Attorney's name _MR. JAWEISE ESQUIRE_

   Date you contacted this attorney _AUG. 18, 2007_

   Method of contact (in person, by telephone, etc.) _MAIL_

Rev. 2/3/05                                    4

(List all defendants or counsel for defendants with address and date mailed.)

_____

_____

_____

_____

_____

_____

*[signature]*
Original Signature of Movant

CONTINUED FROM PG. (4)

THE MEDICAL STAFF HERE AT RIVERS TO MAKE AVAILABLE FOR ME. I COMPLAINED TO MRS. HOWELL WHO IS RESPONSIBLE FOR MEDICAL SUPPLIES ON SEVERAL OCCASIONS ALL TO NO AVAIL. ALSO,

CONTINUED FROM PG. (4)

THE MEDICAL STAFF HERE AT RIVERS TO MAKE AVAILABLE FOR ME. I COMPLAINED TO MRS. HOWELL, WHO IS RESPONSIBLE FOR MEDICAL SUPPLIES ON SEVERAL OCCASSIONS, ALL TO NO AVAIL. AFTER FILING SEVERAL ADMINISTRATIVE REMEDIES, AND GRIEVANCES CONCERNING MY SLEEP APNEA MACHINE, IT WAS EVENTUALLY PROVIDED FOR ME. THE DELAY AND NEGLECT CAUSED ME UNDUE STRESS, AND COULD HAVE CAUSED ME FATAL COMPLICATIONS. AFTER THE COLONOSCOPY OPERATION, I DEVELOPED UNEXPLAINED LUMPS IN MY ABDOMEN WHICH WERE PAINFUL, AND BLOOD IN MY STOOL ON SEVERAL OCASSIONS. I REQUESTED TO BE SEEN BY OUTSIDE MEDICAL PERSONNEL, AND WAS REFUSED BY DR. LASSITER, WHO INFORMED ME THAT THE LUMPS WERE NO MORE THAN A RESULT OF A FOOTBALL INJURY. HE ARRIVED AT THIS CONCLUSION SOLELY BY FEELING MY STOMACH. NO EX-RAYS OR SONOGRAMS WERE EVER ORDERED. TO ADD TO THIS, I'VE NEVER PLAYED FOOTBALL, AND TOLD DR. LASSITER THIS. AS OF THE TIME OF THIS FILING, I HAVE YET TO RECEIVE ANY TESTS OR TREATMENT FOR THE LUMPS OR BLOOD IN MY STOOL. THE MEDICAL CARE HERE AT RIVERS IS GROSSLY INADEQUATE, AND THE MEDICAL STAFF IS UNPROFESSIONAL AND LACKSIDASICAL IN REGARDS TO PROPER MEDICAL CARE. I AM CONTINUING TO EXPERIENCE ERECTILE DYSFUNCTION, AND HAVE YET TO BE SEEN BY A DOCTOR TO DETERMINE THE CAUSE. THIS CONDITION AROSE ALSO AFTER THE COLONOSCOPY PROCEDURE IN 2005, AND I HAVE REPEATEDLY BEEN REFUSED A FOLLOW-UP, WHICH WAS SUPPOSE TO OCCUR A YEAR AFTER THE SURGERY.

Reason why attorney was not employed to handle your case  NEVER RECEIVED A RESPONSE FROM HIM, THOUGH I WROTE TO HIM TWICE.

   c) Attorney's name _____

      Date you contacted this attorney _____

      Method of contact (in person, by telephone, etc.) _____

      Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

I SPOKE WITH TWO MORE ATTORNEYS ASSOCIATED WITH DEBORAH GOLDEN, AND FORWARDED THEM DOCUMENTS REGARDING MY CASE. I HAVE YET TO RECEIVE A REPLY FROM THEM.

16. Please provide any other information which supports your application for the court to appoint counsel. I AM AN INDIGENT INCARCERATED PRISONER, WITHOUT THE FINANCIAL MEANS TO RETAIN PRIVATE COUNSEL.

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO ✓

Rev. 2/3/05            5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

12/13/07
Date

_Kennedy Shell_
Original Signature of Movant

2840 Langston Pl SE Washington DC 20020
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                              6