UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KENNEDY SCHULER, )
 )
 Plaintiff, )
 )
v. ) Civil Action No. 08-0065
 )
GEO GROUP, INC., *et al.*, )
 )
 Defendants. )

## ORDER

It is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* (# 2) is GRANTED.

SO ORDERED.

Date: 3/25/08

United States District Judge