UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNEDY SCHULER          )
                         )
    Plaintiff            )
                         )
                         )    Civil Action No. 08- 0065 ESH
    v                    )
                         )
GEO GROUP, INC., et al., )
                         )

    Defendant

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on March 26, 2008 from Unassigned (9098)

to Judge Huvelle because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:    Judge Huvelle
& Courtroom Deputy
Civil Case Processing Clerk
        Statistical