UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENNEDY SCHULER<br>2840 Langston Pl. S.E., Apt. 302<br>Washington, D.C. 20020<br><br>            Plaintiff<br>   v.<br><br>GEO GROUP, INC.<br>UNITED STATES OF AMERICA<br>through its department, the FEDERAL<br>BUREAU OF PRISONS<br>AND HARLEY LAPPIN, in his official capacity<br>as Director of the U.S. Bureau of Prisons<br><br>            Defendant. | Civil Action No.: 08-0065 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of May, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Kennedy Schuler**, via U.S. postage prepaid and addressed as follows:

KENNEDY SCHULER
Rivers Correctional Institution
R# 02045-000
POB 630
Winton, N.C. 27986

           ____/s/_____
           CHRISTIAN NATIELLO, D.C. Bar #473960
           Assistant U.S. Attorney
           555 Fourth St., N.W.
           Room E4112
           Washington, D.C. 20530
           (202) 307-0338
           christian.natiello@usdoj.gov