**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kennedy SCHULER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>GEO GROUP, INC., et al. )<br>)<br>    Defendant. ) | Civil Action No. 08-0065 (ESH) |

**MOTION TO ENLARGE TIME TO FILE ANSWER**
**OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, The United States, The Federal Bureau of Prisons, and Harley Lappin, Director of The Federal Bureau of Prisons, respectfully request an additional thirty (30) days to file an answer or otherwise respond to the Complaint in this case. This Office was served with the complaint on May 9, 2008, resulting in the current deadline of July 8, 2008. With this motion, Defendant requests a new deadline of August July 10, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Under-signed counsel's clients have requested more time to review the case files and draft a litigation report for this case. Under-signed counsel also needs time to review his client's findings and prepare his initial defense in this case.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

Under-signed counsel did not speak with *pro se* plaintiff about this motion because he is incarcerated.

A proposed order is attached.

May 8, 2008.

                                  Respectfully submitted,

                                  /s/
                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                United States Attorney

                                /s/
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

                                /s/
                                CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                Assistant United States Attorney
                                555 Fourth St., N.W.
                                Washington, D.C. 20530
                                (202) 307-0338
                                christian.natiello@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kennedy SCHULER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0065 (ESH) |
| ) | |
| GEO GROUP, INC., et al. ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the Complaint on or before August 10, 2008.

So ordered, this _____ day of _____ 2008.

_____
The Honorable Ellen Segal Huvelle
United States District Judge