UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNEDY SCHULER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-0065 (ESH) |
| GEO GROUP, INC., *et al.*, | : | |
| Defendants. | : | |

**ORDER**

    Defendant GEO Group, Inc. filed a motion to dismiss on June 3, 2008. In its June 3, 2008 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. The Order warned plaintiff that, if he failed to file his opposition by July 3, 2008, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

    Accordingly, it is hereby

    ORDERED that defendant GEO Group, Inc.'s motion to dismiss [#9] is GRANTED AS CONCEDED. This civil action is DISMISSED WITHOUT PREJUDICE as to defendant GEO Group, Inc.

    SO ORDERED.


Date:  July 15, 2008                                    ELLEN SEGAL HUVELLE
                                                                             United States District Judge