# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNEDY SCHULER, )<br>)<br>*Pro se* Plaintiff, )<br>)<br>v. )<br>)<br>GEO GROUP, INC., et al. )<br>)<br>Defendants. ) | Civil Action No.  08-0065 (ESH) |

## AMENDED CERTIFICATE OF SERVICE

On August 18, 2008, I sent a copy of the Defendants' Motion to Dismiss to Plaintiff Kennedy Schuler at: 2640 Langston Place, S.E., Apt. 302, Washington, D.C.  The copy was returned to me, undelivered, late last week.  I hereby certify that on this 25th day of August, 2008, I caused the foregoing Defendants' Motion to Dismiss to be served on Plaintiff via first class mail, postage prepaid at:

    2840 Langston Place, S.E.
    Apt. 302
    Washington, D.C.  20020

                                                          /s/
                                        CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                        Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Room E4112
                                          Washington, D.C. 20530
                                          (202) 307-0338